**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


-------------------------------------------------------------------

JAMES KING, JR.

|  |  |
|---|---|
| *Plaintiff*, | 17-CV-3260 (JCG) |
| v. | **ORDER** |

THE VILLAGE OF SPRING VALLEY,
PO KEITH GONZALEZ, and
UNIDENTIFIED POLICE OFFICER

*Defendants*.

-------------------------------------------------------------------


JENNIFER CHOE-GROVES, United States District Judge*

     The status conference in this matter is rescheduled for December 3, 2019 at 11:30 a.m. in Courtroom 3 at the United States Court of International Trade, 1 Federal Plaza, New York, New York 10278.

     Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 for any questions or concerns. Thank you for your assistance and cooperation.


                                         SO ORDERED.

                                         /s/ Jennifer Choe-Groves
                                                   Judge

Dated:   November 26, 2019
         New York, New York

---

   *   Judge Jennifer Choe-Groves of the United States Court of International Trade, sitting by designation.