**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------

JAMES KING, JR.,

          *Plaintiff*,                          17-CV-3260 (JCG)

v.                                        **ORDER**

PO KEITH GONZALEZ and
UNIDENTIFIED POLICE OFFICER,

          *Defendants*.

------------------------------------------------------------------

JENNIFER CHOE-GROVES, United States District Judge[*]

    In accordance with the status conference held on December 3, 2019, and upon consideration of papers and proceedings in this action,

1. Plaintiff's Third Claim for Relief is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(2);

2. Any matters for consideration at the final pretrial conference, including amendments, if any, to the Parties' joint pretrial order shall be filed on or before Tuesday, March 17, 2020;

3. The final pretrial conference shall be held on Tuesday, March 31, 2020 at 2:30 PM in Courtroom 3 of the United States Court of International Trade, 1 Federal Plaza, New York, New York 10278;

4. The Parties are directed to notify the court if a settlement is reached in this matter. If the Parties do not reach a settlement, the Parties should be prepared to confirm a trial date during the final pretrial conference on Tuesday, March 31, 2020; and

5. The Clerk of Court is directed to amend the caption in this case to read: "James King, Jr., Plaintiff, v. PO Keith Gonzalez and Unidentified Police Officer, Defendants."

---

[*] Judge Jennifer Choe-Groves of the United States Court of International Trade, sitting by designation.

Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 for any questions or concerns. Thank you for your assistance and cooperation.

SO ORDERED.

/s/ Jennifer Choe-Groves
Judge

Dated:  December 3, 2019
New York, New York