**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------

JAMES KING, JR.,

                *Plaintiff*,                17-CV-3260 (JCG)(LMS)

                v.                    **ORDER**

PO KEITH GONZALEZ and
UNIDENTIFIED POLICE OFFICER,

                *Defendants*.

---------------------------------------------------------------------

JENNIFER CHOE-GROVES, United States District Judge[*]

    Upon consideration of the Parties' letter, ECF No. 59, and all other papers and proceedings in this action:

1. The Parties must provide the court with a written status report no later than May 27, 2020;

2. The Parties are directed to notify the court if a settlement is reached or if they wish to have the case referred to the designated Magistrate Judge for settlement; and

3. If the Parties do not report to the court as having settled this case on or before May 27, 2020, then the Parties must attend a final pretrial conference, via telephone, on May 28, 2020 at 11:00 a.m. The Parties should be prepared to confirm a trial date during the final pretrial conference.

    Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 for any questions or concerns. Thank you for your assistance and cooperation.

                                                  SO ORDERED.

                                                  /s/ Jennifer Choe-Groves
                                                         Judge

Dated:  March 25, 2020
           New York, New York

---

[*] Judge Jennifer Choe-Groves of the United States Court of International Trade, sitting by designation.