**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

JAMES KING, JR.,

                          *Plaintiff,*                                    17-CV-3260 (JCG)

         v.                                                              **ORDER**

PO KEITH GONZALEZ and
UNIDENTIFIED POLICE OFFICER,

                          *Defendants.*
-------------------------------------------------------------------

JENNIFER CHOE-GROVES, United States District Judge[*]

         The parties informed the Court via an email to Case Manager Steve Taronji on July 15, 2021 that they had reached a settlement in this case.  Plaintiff is directed to file a notice of dismissal or stipulation of dismissal pursuant to Federal Rule of Civil Procedure Rule 41, or the parties are directed to file a joint status report, on or before November 23, 2021.

         Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 for any questions or concerns.  Thank you for your assistance and cooperation.

                                                       SO ORDERED.

                                                       /s/ Jennifer Choe-Groves
                                                              Judge

Dated:   October 26, 2021
         New York, New York

-----------------------------

[*] Judge Jennifer Choe-Groves of the United States Court of International Trade, sitting by designation.